| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JAMIE LEE CHANNER,                              §
                                                §
                        Plaintiff,              §
                                                §
*versus*                                        §    CIVIL ACTION NO. 1:07-CV-132
                                                §
UNITED STATES PENITENTIARY, *et al.*,           §
                                                §
                        Defendants.             §

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jamie Lee Channer, a federal prisoner, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motions for injunctive relief.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes

the objections are without merit.  Plaintiff has not demonstrated that he is exposed to a substantial risk of irreparable harm.

### **ORDER**

Accordingly, plaintiff's objections are **OVERRULED**.   The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  Plaintiff's motions for injunctive relief are **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of March, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE